No. 75–828. Moses et al. v. United States. Ct. App. D. C. Certiorari denied.

No. 75–1331. Clayton P. Kehoe Towing Co., Inc., et al. v. United States et al.; and

No. 75–1332. Tanker Hygrade No. 18, Inc. v. United States et al. Ct. Cl. Certiorari denied. Reported below: 208 Ct. Cl. 488, 526 F. 2d 805.

No. 75–1346. Boyd v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–1347. Urdiales v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–1364. Bugliarelli v. United States. C. A. 2d Cir. Certiorari denied.

No. 75–1367. Schifter v. United States. C. A. 2d Cir. Certiorari denied.

No. 75–1368. Acosta et al. v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–1370. Pierro v. United States. C. A. 6th Cir. Certiorari denied.

No. 75–1374. Dowell et al. v. United States. C. A. 5th Cir. Certiorari denied.

No. 75–1380. Sarah Coventry, Inc. v. T. Sardelli & Sons, Inc. C. A. 1st Cir. Certiorari denied.

No. 75–1383. McCorvey Sheet Metal Works, Inc. v. National Labor Relations Board. C. A. 5th Cir. Certiorari denied.